IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Gateway Gaming, LLC<br><br>   Plaintiff,<br><br>v.<br><br>Game Systems Incorporated<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) CIV. NO.: 4:11-cv-00432-RAS-DDB<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S ANSWER TO
## DEFENDANT'S COUNTERCLAIM

Plaintiff Gateway Gaming, LLC ("Plaintiff"), hereby files this Answer to Defendant Game Systems Incorporated's ("Defendant's") counterclaim in the above referenced matter.

## COUNTERCLAIM

Plaintiff denies that Defendant is entitled to any relief requested.

## AFFIRMATIVE DEFENSES

Further, the Plaintiff asserts the following defenses and states:

1. Plaintiff denies the material allegations of the counterclaim that are not admitted herein and demands strict proof thereof.

2. Defendant's counterclaim, in whole or in part, is barred by unclean hands.

3. Defendant's counterclaim, in whole or in part, fails to state a claim upon which relief can be granted.

                                            Respectfully submitted,

Dated:  September 28, 2011       /s/ Neil C. Jones (by permission Wesley Hill)
                                           Neil C. Jones – Lead Attorney
                                           Federal Bar No. 5470
                                           E-Mail: neil.jones@nelsonmullins.com
                                           Nichole Andrighetti
                                           Federal Bar No. 9572
                                           E-Mail: nichole.andrighetti@nelsonmullins.com
                                           NELSON MULLINS RILEY & SCARBOROUGH LLP
                                           104 South Main Street / Ninth Floor
                                           Post Office Box 10084 (29603-0084)
                                           Greenville, SC  29601
                                           Phone:  (864) 250-2260
                                           Fax:  (864) 250-2281

                                           Wesley Hill
                                           Tex. Bar No. 24032294
                                           E-Mail:  wh@wsfirm.com
                                           WARD & SMITH LAW FIRM
                                           111 West Tyler Street
                                           Longview, TX 75601
                                           Phone:  (903) 757-6400
                                           Fax:  (903) 757-2323

*Attorneys for Gateway Gaming, LLC*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all counsel of record via electronic delivery this 28th day of September, 2011.

                                            /s/ Wesley Hill
                                            Wesley Hill