**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

|  |  |  |
|---|---|---|
| Gateway Gaming, LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIV. NO.: 4:11-cv-00432-RAS-DDB |
| Game Systems Incorporated | ) ) ) | |
| Defendant. | ) ) | |

**PRELIMINARY AND TEMPORARY INJUNCTION UPON CONSENT**

Plaintiff Gateway Gaming, LLC ("Gateway Gaming"), has filed a Complaint alleging claims of copyright infringement against Defendant Game Systems Incorporated ("Game Systems"). Gateway Gaming and Game Systems (collectively, the "Settling Parties") have entered into a Settlement Agreement Limited to Preliminary Injunction Phase of Civil Action and have agreed to the terms of the present Consent Judgment whereby:

IT IS HEREBY ORDERED AND ADJUDGED:

1. This court has jurisdiction over the subject matter of this action and over the Settling Parties for the purpose of enforcing this Consent Judgment.

2. Game Systems, its agents, affiliates, employees, officers, servants, privies, successors, licensees, and assigns, and all persons acting in concert or participating with Game Systems or under the control of Game Systems who receive actual notice of this Order are HEREBY PRELIMINARILY AND TEMPORARILY ENJOINED AND RESTRAINED during

the pendency of the present civil action from (directly or indirectly, in whole or in part) (i) using, marketing, or distributing any reproduction, counterfeit, copy, or colorable imitation of any of the material protected by the U.S. copyright applications and registrations for various icons, graphics, images, and screenshots used in Gateway's gaming programs entitled "Lucky Duck," "Mother-In-Law," "Stars and Stripes," "Mayan Lost City," "Texas Gold," and "Cool 7's" (the "Allegedly Infringed Gaming Programs") in connection with the sale, offering for sale, or distribution of video games in the United States and (ii) operating any machines or online video systems that use the material protected by Gateway's copyrights.

3. Game Systems is subject to the personal jurisdiction of this court for purposes of the enforcement of the provisions of this Consent Judgment and the Settlement Agreement Limited to Preliminary Injunction Phase of Civil Action as agreed to by the Settling Parties.

4. The Settling Parties have agreed and stipulated that each side will bear its own costs and attorneys' fees in connection with the Consent Judgment and the Settlement Agreement Limited to Preliminary Injunction Phase of Civil Action.

5. The court shall retain jurisdiction of this action for handling the remainder of the litigation and, after conclusion of the Civil Action, for purposes of resolving any dispute that may arise in the future regarding the Consent Judgment and/or the Settlement Agreement Limited to Preliminary Injunction Phase of Civil Action.

IT IS SO STIPULATED:

GATEWAY GAMING LLC                          Dated: February 1, 2012

By: ___s/Neil C. Jones_____

Name:_ Neil C. Jones_____

Title: __Attorney for Gateway Gaming LLC

GAME SYSTEMS INCORPORATED        Dated: February 1, 2012

By:   s/Robert Aldrich

Name:  Robert Aldrich

Title:   Attorney for Game Systems Incorporated

IT IS SO ORDERED.

**SIGNED this the 6th day of February, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE